| | |
|---|---|
| 1 | |
| 2 | |
| 3 | FILED |
| 4 | CLERK, U.S. DISTRICT COURT |
| 5 | SEP 15 2016 |
| 6 | CENTRAL DISTRICT OF CALIFORNIA EASTERN BY DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No.: EDCR 10-32-VAP
          Plaintiff,   )
          v.   )   ORDER OF DETENTION PENDING
Ian Joseph Rose   )   FURTHER REVOCATION PROCEEDINGS
          Defendant.   )   (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (X) other: ___information proffered by P.O.___

1

1      and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and
3      convincing evidence that he/she is not likely to pose a danger to the
4      safety of any other person or the community if released under 18 U.S.C.
5      § 3142(b) or (c). This finding is based on the following:
6      (X)   information in the Pretrial Services Report and Recommendation
7      (X)   information in the violation petition and report(s)
8      ( )   the defendant's nonobjection to detention at this time
9      (X)   other: _information proffered by P.O._

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: September 15, 2016         _____
15                                                 SHERI PYM
                                              United States Magistrate Judge